■ JOHN C. THOMAS, Appellant, *v.* VANDIVERE M. TAGGART, Respondent. — In an action to recover damages for personal injuries, the appeal is from a judgment entered on a jury verdict dismissing the complaint. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.